UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

Dales Giles

        Plaintiff

vs.

UNITED STATES OF AMERICA and
FEDERAL BUREAU OF PRISONS

**FILED/REC'D**

**2022 JUL 25 A 11**

**22 CV 405 WMC** CLERK OF COUR
U.S. DISTRICT COU
WD OF WI

VERIFIED COMPLAINT
FEDERAL TORT CLAIMS ACT

## PRELIMINARY STATEMENT

1.  This ai an action in which the Plaintiff seeks relief by the laws and constitution of the State of Wisconsin under the Federal Tort Claim Act (hereinafter referred to as the "ACT") for damages for personal injuries suffered by him as a result of negligence on the part of the defendant by its agents, servants and employees in the maintenance, operation and control of its facility located at the Federal Correctional Institution Oxford Wisconsin, Western District of Wisconsin, Adams County. Plaintiff also seeks compensatory damages, both affirmative and equitable relief, an award of costs and such other and further relief as this Court deems equitable and just under the totality of the circumstances.

## VENUE

2.  Venue is proper for the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §1391 (a), (b) and (c).

## PARTIES

3.  Plaintiff DALE GILES is currently a prisoner at Federal Correctional Institution Jesup, in Jesup, Georgia.

4.  Defendant is the United States of America (hereinafter referred to as ("USA").

5. At all times hereinafter mentioned, FEDERAL BUREAU OF PRISONS (hereinafter referred to as ("BUREAU") is a governmental agency of Defendant USA and was created and authorized under the laws of the United States of America. It is authorized by law to maintain and operate prisons, detentions and correctional facilities. The BUREAU's staff is responsible for the proper operation, maintenance and control of its premises.

6. Defendant USA through its agency BUREAU assumes the risks incidental to the supervision, operation and maintenance of the Federal Correctional Institution Oxford Wisconsin, Western District of Wisconsin, Adams County, and its agents, servants and/or employees, located at 350 Elk Avenue, Oxford, WI 53952.

7. Defendant USA through its agency BUREAU operated, controlled, supervised, maintained and managed the Federal Correctional Institution Oxford Wisconsin, Western District of Wisconsin, Adams County, and its agents, servants and/or employees, located at 350 Elk Avenue, Oxford, WI 53952.

## NOTICE OF CLAIM

8. Plaintiff, DALE GILES filed a cause of action in the district court in full compliance with the FTCA, which requires a prisoner to meet the presentment requirement of 28 U.S.C. § 2675(a) by filing a Standard Form 95 *or* other written notification of an incident with the regional office of the BOP in the region where the tort occurred. 28 U.S.C. §§ 14.2, 543.31, 543.32.

9. Plaintiff, DALE FILE, complied and the administrative process was completed upon the BOP's denial of the claim. 28 U.S.C. § 543.30 et seq.; see *Conn. v. United States*, 867 F.2d 916, 918 (6th Cir.1989); *Storm v. Bureau of Prisons*, No. 4:08CV1690, 2010 WL

4628666 (N.D. Ohio, October 14, 2010); *Watson-El v. Wilson*, No. 08C7036, 2010 WL 3732127 (N.D. Ill. Sept. 15, 2010); *Culbertson v. Cameron*, No. 08-CV-4838, 2010 WL 1269777 (E.D. N.Y. March 30, 2010)

10. Plaintiff filed a Notice of claim with the BUREAU which on information and belief gave full details and specificity and adequately outlined the injuries he sustained, and such Notice was filed and entered by the BUREAU on or about July 21, 2020, and October 19, 2020 respectively, detailing the events complained of herein. More than six months have elapsed since the filing of the Notice of Claim, and adjustment or payment thereof has been denied, neglected or refused.

11. Plaintiff, DALE GILES, prior to filing this Complaint, has fully complied with the requirement of filing a claim of a written notice directed to the appropriate federal agency that the Plaintiff herein asserts is responsible for the wrongdoing pursuant to U.S.C. § 2675(a).

12. Plaintiff, DALE GILES, prior to seeking judicial relief, has exhausted his administrative remedies with the proper federal agency responsible for the acts and/or omissions and wrongdoing, as required under the ACT.

## STATEMENT OF RELEVANT FACTS

### Claim I

13. That on or about July 21, 2020, Plaintiff, DALE GILES was assaulted by 4 inmates while housed at the Oxford Federal Correctional Institution.

14. Specifically, at approximately between 9:00-10:00 a.m. on July 21, 2020, was assaulted by 4 inmates was attacked and stomped repeatedly for approximately 14 minutes about the head and facial area until he lost consciousness.

15. That once Plaintiff, DALE GILES regained consciousness he proceeded to the gate in the front of the unit to seek assistance, however the gate was locked as the result of COVID-19 protocol for forced to wait an addition 8-12 minutes for a correctional officer to return to the unoccupied and unmanned unit station.

16. That at the time of proceeding to the unmanned unoccupied area at the front of unit, Plaintiff, DALE GILES was made aware of the fact that correctional officer George, who was the responsible correctional officer on duty at the time of the assault, acting within the scope of his employee of the Defendant, BUREAU and USA had negligently abandoned the unit station leaving it unattended and unmanned for an extended period of time and was outside of the unit for personal reasons unknown to Plaintiff at the time he was assaulted by 4 inmates.

17. Plaintiff, DALE GILES, suffered permanent personal juries to his face and head that includes but may not be limited to, closed head concussion, eye orbit fracture, multiple hemorrhages and lacerations and scarring.

18. That pursuant to FTCA, 28 U.S.C. §§ 2671-2680, Plaintiff, DALE GILES, asserts he suffered personal injuries while housed as an inmate at the Federal Correctional Institution, Oxford Wisconsin and/or on the property of the Federal Bureau of Prison and the United States of America.

19. That pursuant to FTCA, 28 U.S.C. §§ 2671-2680, Plaintiff, DALE GILES asserts that such assault was foreseeable and preventable, due to the negligent acts and/or omission of

a federal government employee and employee of Defendant, through negligent acts and/or omissions while acting within the scope of his employment, as determined in his capacity as a Correctional Officer on duty at the time of the assault at the Federal Correctional Institution, Oxford Wisconsin Plaintiff, DALE GILES suffered permanent injuries.

20. At the time of the assault suffered by Plaintiff, DALE GILES, Defendant's employee was in uniform, was on duty, was engaged in conduct of the kind the employee was hired to perform and the conduct occurred substantially within the time and space limits authorized or required by the work to be perform, (*see Birke v. United States*, No. 4:08CV1608MLM, 2009 WL 1605771, E.E. Mo. June 8, 2009), and Defendant's employee knew or should have know that risk of harm to Plaintiff foreseeable.

21. That pursuant to FTCA, 28 U.S.C. §§ 2671-2680, the employee of Defendant, negligent acts and/or omission occurred while acting within the scope of his official duties when he negligently left the unit unmanned, unattended and abandoned and unsafe for Plaintiff, DALE GILES, in excess of approximately 20 minutes while Plaintiff, DALE GILES was assaulted by 4 inmates. (*see Birke v. United States*, No. 4:08CV1608MLM, 2009 WL 1605771, E.E. Mo. June 8, 2009). (*The Court stated Florida law provides [that] to establish employer liability based on its employee's acting within the scope of his employment, a plaintiff must show that (1) the conduct is of the kind the employee is hired to perform, (2) the conduct occurs substantially within the time and space limits authorized or required by the work to be performed, and (3) the conduct is activated at least in part by a purpose to serve the master.'"* quoting Fernandez v. Fla. Nat'l Coll., Inc., 925 So.2d 1096, 1100 (Fla. Dist. Ct. App. 2006)))

22. That pursuant to FTCA, 28 U.S.C. §§ 2671-2680,  Plaintiff, DALE GILES asserts the Defendant's employee, acts and/or omissions while he was acting negligently or wrongfully by being derelict in his duties and abandoning his assigned post as the correctional officer on duty responsible for inmate supervision and oversight of the unit, and such negligent or wrongful act was foreseeable, and therefore proximately caused the extensive injuries sustained by Plaintiff, DALE GILES for which he complains.

23. That the Defendant, , USA its agents, servants and/or employees, had the duty to  assure that the building and the facilities at the above-mentioned detention facility was kept reasonably safe and free of dangers and hazards to those inside the building therein including the Plaintiff, DALE GILES.

## Claim II

24. That on or about October 19, 2020,  Plaintiff, DALE GILES was an inmate at Federal Correctional Institution Oxford Wisconsin, Western District of Wisconsin, Adams County.

25. That on or about October 19, 2020, Plaintiff, DALE GILES  was caused to fall while attempting to groom and shower due to no lights, no handrails and no faucet knobs on either the hot or cold faucets.  creating an unreasonable hazardous and dangerous condition, such condition although complained of, remained unaddressed for an extended period of time placing Plaintiff, DALE GILES, and other inmates at ask risk for foreseeable harm and personal injury.

26. That on or about October 19, 2020, Plaintiff, DALE GILES due to dangerous and hazardous conditions then existing, was caused to slip while attempting to groom and shower in the two-person occupancy area where inmates were forced to shower in the

dark, without the benefit of any lighting, no handrails and no faucet knobs for either the hot or cold faucets, but instead had lead pipes distending from the two faucet opening, creating an unreasonable hazardous and dangerous condition, placing Plaintiff, DALE GILES, and other inmates at ask risk for foreseeable harm and personal injury.

27. That on or about October 19, 2020, Plaintiff, DALE GILES was seriously injured by two steel rods protruding from the faucets in the two-person occupancy shower where he and other inmates were forced to shower and groom in the dark, without the benefit of any lighting, no handrails and no faucet knows for either the hot or cold faucets, due to the unaddressed dangerous and hazardous condition which placed Plaintiff, DALE GILES, and other inmates at ask risk for foreseeable harm and personal injury.

28. That prior to the injury sustained by Plaintiff, DALE GILES on or about October 19, 2020, Plaintiff had been very vocal about the hazardous condition of the darkness, no handrails and no faucet covers in the two-man occupancy shower, and had complained for at least 1-2 months, which complaints went unanswered and ignored by the BUREAU staff responsible for the proper operation, maintenance and control and that the USA its agents, servants and/or employees had the duty to see that the hygiene facilities including the showers are kept reasonably safe and free of hazards to those inside the building therein including Plaintiff, DALE GILES.

29. The that hazardous and dangerous condition created by the existence of the steel rods protruding from the cold and hot water faucets caused a skin laceration, tear and gash in the lateral lumbar spine area of Plaintiff's back causing irreparable harm resulting in severe and personal injury including but not limited to, intrusive rip of the skin and

bodily injury caused by the exposed steel rods tearing the cutaneous and subcutaneous layers of Plaintiff's skin with laceration and permanent scarring.

30. That pursuant to FTCA, 28 U.S.C. §§ 2671-2680, Plaintiff, DALE GILES asserts that such personal injury he sustained was foreseeable and preventable, due to the negligent acts and/or omission of the Defendant, USA, its agents, servants and/or employees who had the duty to see that the building and its facilities including the two-person shower where Plaintiff was injured, was kept reasonably safe and free from dangers and hazards to those inside the building therein including Plaintiff herein. , DALE GILES who suffered permanent injuries and permanent and severe scarring on his lumbar spine area due to the existence of the foreseeable dangerous and hazardous condition which existed at the Federal Correctional Institution, Oxford Wisconsin Plaintiff, DALE GILES was injured.

31. That the Defendant USA was negligent, careless and acted with reckless disregard for the health, safety and welfare of Plaintiff, DALE GILES and other inmates, in that it violated its duty to this Plaintiff, DALE GILES in particular and knowingly, suffering and allowing the aforementioned shower faucets, to be, and remain dangerous and hazardous for and excessive period of time after having actual and constructive knowledge of the dangerous and hazardous condition and taking no action to remedy or repair the condition until after Plaintiff, DALE GILES suffered a serious and permanent personal injury, and Defendant USA its agents, servants and/or employees, were further negligent in failing to take suitable precautions for the safety of said persons using the aforementioned two-person show and facility.

32. That by reason of the foregoing and the negligence of the said Defendant, USA its agents, servants and/or employees, Plaintiff, DALE GILES has been rendered sick, sore, maimed and permanently disfigured and so remains due to the negligence of the Defendant.

WHEREFORE, Plaintiff, DALE GILES demands the following relief against the Defendant.

a. Compensatory damages in the amount of $10,000,000.00, or jurisdictional allowable monetary damages pursuant to the Federal Tort Claims Act.

b. Pre and post-judgement costs, interest and attorneys' fees, if any, and if represented by legal counsel as allowed by the Court.

c. Such other relief as this Court may deem appropriate, equitable and just.

Dated: July 10, 2022.

DALE GILES, Plaintiff - #14443-047

/s/ Dale Giles

_____

DALE GILES, - 14443-047
Federal Correctional Institution – Jesup
2680 HWY 301 South
Jesup, GA  31599


## DECLARATION and VERIFICATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he  is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and accurate pursuant to Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on:   July 10, 2022.

DALE GILES, Plaintiff - # 14443 – 047

/s/ Dale Giles

_____

DALE GILES, - 14443-047
Federal Correctional Institution – Jesup
2680 HWY 301 South
Jesup, GA  31599